1  Kelly H. Dove, Esq.
   Nevada Bar No. 10569
2  Tanya N. Lewis, Esq.
   Nevada Bar No. 8855
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, NV 89169
   Telephone: (702) 784-5200
5  Facsimile: (702) 784-5252
   kdove@swlaw.com
6  tlewis@swlaw.com

7  *Attorneys for Defendant Wells Fargo Bank, N.A.,*
   *incorrectly sued as Wells Fargo Card Services*

8

9                    UNITED STATES DISTRICT COURT
10                        DISTRICT OF NEVADA

GEORGE M. ZORSCH,

11            Plaintiff,                    Case No. 2:17-cv-03068-JCM-VCF

12    vs.

13    EQUIFAX INFORMATION SERVICES,         **STIPULATION AND ORDER TO**
      LLC, MORTGAGE SERVICE CENTER,         **EXTEND TIME FOR DEFENDANT**
14    SILVER STATE SCHOOLS CREDIT           **WELLS FARGO BANK, N.A.'S TIME**
      UNION, TOYOTA FINANCIAL               **TO RESPOND TO PLAINTIFF'S**
15    SERVICES, and WELLS FARGO CARD        **COMPLAINT**
      SERVICES,
16                                          **FIRST REQUEST**
              Defendants.
17

18
           It is hereby stipulated by and between Plaintiff George M. Zorsch ("Plaintiff"), through
19
   his attorneys, Haines & Krieger and Knepper & Clark, LLC, and Defendant Wells Fargo Bank,
20
   N.A., incorrectly sued as Wells Fargo Card Services ("Wells Fargo"), through its attorneys, the
21
   law firm of Snell & Wilmer L.L.P., as follows:
22
           Plaintiff filed his Complaint on December 15, 2018 [Docket No. 1]. In the interest of
23
   conserving client and judicial resources, Wells Fargo requests, and Plaintiff agrees, that Wells
24
   Fargo shall have until **January 22, 2018**, to file its responsive pleading. This is the parties' first
25
   request for an extension of time to respond to the Complaint, and is not intended to cause any
26
   delay or prejudice to any party, but is intended so that the parties may evaluate their claims and
27
   defenses and also discuss the potential of early settlement.
28

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

Dated January 2, 2018

| KNEPPER & CLARK, LLC | Snell & Wilmer L.L.P. |
|---|---|
| By: ___ */s/ Miles Clark* <br> Miles N. Clark, Esq. <br> KNEPPER & CLARK, LLC <br> 10040 W. Cheyenne Ave., Suite 170-109 <br> Las Vegas, NV 89129 <br> *(signed with permission)* <br><br> HAINES & KRIEGER, LLC <br><br> David H. Krieger, Esq. <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Ave., Suite 350 <br> Henderson, NV 89123 <br><br><br> *Attorneys for Plaintiff* <br> *George M. Zorsch* | By: */s/ Tanya N. Lewis* _____ <br> Kelly H. Dove, Esq. <br> Nevada Bar No. 10569 <br> Tanya N. Lewis, Esq. <br> Nevada Bar No. 8855 <br> 3883 Howard Hughes Parkway, Suite 1100 <br> Las Vegas, NV 89169 <br> *Attorneys for Defendant* <br> *Wells Fargo Bank, N.A. (dba America's Servicing Company)* |

## ORDER

IT IS ORDERED THAT Wells Fargo Bank, N.A.'s time to respond to Plaintiff's Complaint shall be extended to on or before January 22, 2018.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED _January 2_____, 2018.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Lewis*
Tanya N. Lewis, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

## CERTIFICATE OF SERVICE

On January 2, 2018, I served the foregoing document on all parties appearing in this case when filing said document through the court's PACER system with automatic e-service on all persons who have registered for e-service on PACER for this case.

/s/ Nissa Riley
An Employee of Snell & Wilmer L.L.P.

4835-5953-6729