1  Bradley T. Austin, Esq.
   Nevada Bar No. 13064
2  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
3  Las Vegas, Nevada 89169
   Telephone: (702) 784-5200
4  Facsimile: (702) 784-5252
   Email: baustin@swlaw.com
5
   *Attorneys for Defendant*
6  *Equifax Information Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GEORGE M. ZORSCH,<br><br>                  Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC; MORTGAGE SERVICE CENTER; SILVER STATE SCHOOLS CREDIT UNION; TOYOTA FINANCIAL SERVICES; AND WELLS FARGO CARD SERVICES,<br><br>                  Defendants. | **Case No. 2:17-cv-03068-JCM-VCF**<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**(FIRST REQUEST)** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff George M. Zorsch has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from January 10, 2018 through and including **February 9, 2018**. Plaintiff and Equifax are engaged in settlement discussions. The additional time to respond to the Complaint will facilitate settlement discussions. This stipulation is filed in good faith and not intended to cause delay.

///

Respectfully submitted, this 9th day of January, 2018.

SNELL & WILMER LLP

By: /s/ *Bradley Austin*
Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Pkwy
Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services LLC*

***No opposition***

/s/ *Miles Clark*
Miles N. Clark
Nevada Bar No. 13848
KNEPPER & CLARK, LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: miles.clark@knepper clark.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge
 1-10-2018
DATED: _____

4834-1321-1226

- 2 -