WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
rhernandez@wrightlegal.net
*Attorneys for Defendant, Silver State Schools Credit Union*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GEORGE M. ZORSCH,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, MORTGAGE SERVICE CENTER, SILVER STATE SCHOOLS CREDIT UNION, TOYOTA FINANCIAL SERVICES, AND WELLS FARGO CARD SERVICES,<br><br>Defendants. | Case No.: 2:17-cv-03068-JCM-VCF<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING**<br><br>**(FIRST REQUEST)** |

Plaintiff, George M. Zorsch ("Plaintiff"), and Defendant, Silver State Schools Credit Union ("SSSCU") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On December 15, 2017, Plaintiff filed his Complaint [ECF No. 1]. SSSCU was served with Plaintiff's Complaint on December 26, 2017. Presently, SSSCU's responsive pleading is due by January 16, 2018. The Parties have discussed extending the deadline for SSSCU to respond to the complaint.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for SSSCU to file its responsive pleading by two weeks to January 30, 2018.

///

///

This is the first stipulation for extension of time for SSSCU to file its response to Plaintiff's Complaint. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

DATED this 16th day of January, 2018.  
WRIGHT, FINLAY & ZAK, LLP

*/s/ Ramir M. Hernandez*
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
Attorneys for *Defendant, Silver State Schools Credit Union*

DATED this 16th day of January, 2018.  
KNEPPER & CLARK LLC

*/s/ Miles N. Clark*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Attorneys for *Plaintiff, George M. Zorsch*

**IT IS SO ORDERED.**

DATED this 16th day of January, 2018.

_____
U.S. MAGISTRATE JUDGE